# Exhibit A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CASE No. 17-CV-02880-SDM-MAP**

BRYAN GLYNN,

        Plaintiff,

vs.

LA CASA DEL HABANO, INC., d/b/a TAMPERO CIGARS,

        Defendant.

**[PROPOSED] ORDER ON DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

THIS CAUSE came before the Court on the Unopposed Motion of LA CASA DEL HABANO, INC., d/b/a TAMPERO CIGARS's ("Defendant") for Enlargement of Time to Respond to Defendant's Complaint. (D.E.8.) Having reviewed the Plaintiff's submission and being fully advised of the premises, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.

The Plaintiff shall have until February 17, 2018, to file its answer to the Complaint.

DONE and ORDERED at Miami, Florida this ___ day of January, 2018.

s/_____
UNITED STATES DISTRICT JUDGE