**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CASE No. 17-CV-02880-SDM-MAP**

BRYAN GLYNN,

             Plaintiff,

vs.

LA CASA DEL HABANO, INC., d/b/a
TAMPERO CIGARS,

             Defendant.

## **ANSWER AND AFFIRMATIVE DEFENSES**

Defendant LA CASA DEL HABANO, INC., d/b/a TAMPERO CIGARS ("Defendant") by and through the undersigned counsel, answers the Complaint of Bryan Glynn ("Glynn" or "Plaintiff") as follows:

1. Without Knowledge.
2. Denied.
3. Without Knowledge.
4. Admitted.
5. Denied.
6. Without Knowledge.
7. Without Knowledge.

1

8. Without Knowledge.

9. Without Knowledge.

10. Admitted.

11. Without Knowledge.

12. Without Knowledge.

13. Without Knowledge.

14. Denied.

15. Without Knowledge.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Without Knowledge.

23. Denied.

24. Denied.

25. Without Knowledge.

26. Without Knowledge.

27. Defendant incorporates its responses to the allegations in paragraphs 1 through 26 of this Complaint as if fully set forth herein.

28. Denied.

29. Without Knowledge.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Defendant incorporates its responses to the allegations in paragraphs 1 through 26 of this Complaint as if fully set forth herein.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

## AFFIRMATIVE AND OTHER DEFENSES

41. The Complaint fails to state a claim upon which relief may be granted.

42. Plaintiff's claims for copyright infringement are barred, in whole or in part, to the extent that Plaintiff does not own validly registered copyrights in the photographs at issue.

43. Plaintiff's claims for copyright infringement are barred, in whole or in part, by the doctrines of unclean hands, estoppel and/or waiver.

44. Defendant reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Copyright Laws of the United States and any other

defenses, at law or in equity, that may now exist or in the future be available based on discovery and further factual investigation in this case.

Dated:  February 28, 2018

                                              s/ Rick Ruz
                                              Rick Ruz, Esq.
                                              Florida Bar No. 42090
                                              Email:  rickruz@ruzlaw.com
                                              Ruz & Ruz, PL
                                              300 Sevilla Avenue, Suite 301
                                              Coral Gables, Florida  33134
                                              Telephone:  (305) 921-9326
                                              Facsimile:  (888) 506-2833

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF on February 28, 2018.  I also certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

                                              *s/ Rick Ruz, Esq.*

## SERVICE LIST
## Via Transmission of Notices

| | |
|---|---|
| Rick Ruz, Esq.<br>Counsel for the Plaintiff.<br>300 Sevilla Avenue, Suite 301<br>Coral Gables, Florida 33134<br>Telephone No. (305) 921-9326<br>Facsimile No.   (888) 506-2833 | Joel B. Rothman<br>Schneider Rothman Intellectual Property Law Group, PLLC<br>4651 N Federal Hwy<br>Boca Raton, FL 33431-5133<br>561/404-4350<br>561/404-4353 (fax)<br>joel.rothman@sriplaw.com |
| Alexander C. Cohen<br>Schneider Rothman Intellectual Property Law Group, PLLC<br>4651 N Federal Hwy<br>Boca Raton, FL 33431-5133<br>561/404-4350<br>561/404-4353 (fax)<br>Alex.cohen@sriplaw.com | |